**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHROME HEARTS LLC,

Plaintiff,

v.

THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No. 26-cv-09424

**Judge Elaine E. Bucklo**

**Magistrate Judge Maria Valdez**

**PLAINTIFF'S *EX PARTE* MOTION**
**TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiff Chrome Hearts LLC ("Plaintiff" or "Chrome Hearts") seeks to extend the Temporary Restraining Order granted and entered by the Court on September 16, 2026 [22] by a period of fourteen (14) days until October 14, 2026. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated this 24th day of September 2026.

Respectfully submitted,

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Chrome Hearts LLC*