**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHROME HEARTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 26-cv-09424<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Maria Valdez** |

**DECLARATION OF TREVOR C. TALHAMI**

I, Trevor C. Talhami, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Chrome Hearts LLC ("Plaintiff" or "Chrome Hearts"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:
2. As of September 24, 2026, the third parties have not completed effectuating the Temporary Restraining Order. Plaintiff plans to freeze financial accounts identified by the third parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of September 2026 at Chicago, Illinois.

/s/ Trevor C. Talhami
Trevor C. Talhami
*Counsel for Plaintiff Chrome Hearts LLC*